IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **TYRES FRAI' AUNT AUTREY** | § | **PLAINTIFF** |
| | § | |
| | § | |
| v. | § | Civil Action No. 1:15cv421-HSO-JCG |
| | § | |
| | § | |
| **CITY OF PASCAGOULA** | § | **DEFENDANT** |

## FINAL JUDGMENT

This matter came on to be heard sua sponte after Plaintiff failed to timely pay the civil filing fee to the Clerk of Court.  The Court, after a full review and consideration of the pleadings on file, the record as a whole, and relevant legal authorities, finds that in accord with its Order entered this date,

**IT IS, THEREFORE, ORDERED AND ADJUDGED,** that this civil action is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 2nd day of May, 2016.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE